UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KATHURY KAMYLLA DE OLIVERA SOUZA,

Petitioner,

v.

U.S. GENERAL ATTORNEY, et al.,

Respondents.

No. 1:26-cv-04494-KES-CDB (HC)

(A-Number: A-246-934-441)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS

Docs. 1, 11, 12

Petitioner Kathury Kamylla De Olivera Souza, a federal immigration detainee proceeding pro se and in forma pauperis, initiated this action on June 11, 2026, with the filing of a petition for writ of habeas corpus under 28 U.S.C. § 2241, while in custody of Immigration and Customs Enforcement ("ICE") at the California City Detention Center in California City. Doc. 1. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On September 3, 2026, the assigned magistrate judge issued findings and recommendations to grant Petitioner's petition for writ of habeas corpus. Doc. 12. The findings and recommendations were served on the parties and contained notice that any objections were to be filed within seven days of the date of service thereof. *Id.* at 6. No objections have been filed, and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on September 3, 2026, Doc. 12, are adopted

in full.

2. The petition for writ of habeas corpus, Doc. 1, is granted.
3. Respondents are ORDERED to provide Petitioner with a bond hearing before a neutral arbiter pursuant to 8 U.S.C. § 1226(a) and its implementing regulations within seven (7) days of the date of this order, at which Petitioner's eligibility for bond must be considered by a neutral decisionmaker in determining whether her continued physical custody is legally justified.
4. Respondents are ORDERED to immediately provide Petitioner with a copy of this Order and provide her with 72 hours' written notice before the bond hearing in a language that she can understand. Petitioner may be represented by an attorney at this hearing, and Respondents may extend the deadline at Petitioner's request so that she can obtain an attorney. If Petitioner obtains an attorney, her attorney shall also be given 72 hours' written notice before the bond hearing. The neutral decisionmaker must consider Petitioner's financial circumstances in setting a bond amount, and must consider alternative conditions of release in lieu of detention without bond.
5. Respondents are ORDERED to release Petitioner if they do not provide her with a bond hearing within seven (7) days.
6. Respondents are ordered to file a status report within ten (10) days regarding their compliance with this order.
7. Petitioner's motion to expedite, Doc. 11, is terminated as moot.
8. This case shall remain OPEN pending consideration of petitioner's motion for a temporary restraining order, filed September 19, 2026 (Doc. 13).

IT IS SO ORDERED.

Dated: September 20, 2026

UNITED STATES DISTRICT JUDGE